UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:
REGINA KAE HUEY
KEITH THURLOW HUEY                               CASE NO. 09-10264
            DEBTOR(S).                           CHAPTER 7

## NOTICE OF DEPOSIT SMALL DIVIDENDS

Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

1. That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

2. The following distributions are in an amount under $5.00:

> Claim #6 of Roundup Funding, LLC
> Account number: 4300
> Claimed amount: $154.33
> Pro rata distribution: $3.94
>
> Claim #19 of Salvation Army
> Account number: 0350
> Claimed amount: $41.52
> Pro rata distribution: $1.06
>
> Claim #20 of Adams Co. Memorial/Anesthesia
> Account number: 5903
> Claimed amount: $76.05
> Pro rata distribution: $1.94
>
> Claim #23 of GE Money Bank
> Account number: 1374
> Claimed amount: $147.18
> Pro rata distribution: $3.76

**TOTAL AMOUNT OF ALL CLAIMS: $10.70**

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

| | |
|---|---|
| Dated:  November 15, 2010 | /s/ Mark A. Warsco<br>Mark A. Warsco, Trustee<br>P.O. Box 11647<br>Fort Wayne, IN  46859-1647<br>Telephone:  (260) 469-0256<br>e-mail: bankruptcy@rlwlawfirm.com |

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on November 15, 2010:

| | |
|---|---|
| II R. DAVID BOYER<br>db2@boyerlegal.com | Office, U.S. Trustee<br>USTPREGION10.SO.ECF@USDOJ.GOV |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Salvation Army<br>c/o Summit Account & Computer Svc Inc<br>4666 W. Jefferson Blvd, Ste 190<br>Fort Wayne, IN 46804 |
| Adams Co. Memorial/Anesthesia<br>c/o Summit Account & Computer Svc Inc<br>4666 W. Jefferson Blvd, Ste 190<br>Fort Wayne, IN 46804 | GE Money Bank<br>dba KIRKLAND'S<br>C/O Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 |

                                                        /s/  Mark A. Warsco
                                                        Mark A. Warsco, Trustee